To Whom it may concern, United States Federal Court System. This is a Sexual Harassment Termination dispute

July 1st, 2023

I Veronica R. Brown am attempting to file a lawsuit without a lawyer. I am at this time representing myself in this matter. This is my hand written statement and/or notice that I plan to Sue. The defendant in this case is a Healthcare facility called Springcreek. All other details are attached to prior case ___

I was hired as an uncertified CNA I was to provide assistance with patients with various health conditions and were being temporarily housed at Springcreek. My job duties included in taking vitals 2-3 times per shift. Attending to patient's basic needs from providing food and drink to changing briefs of patients who could not make it to the restroom. Patients were fed Breakfast, Lunch and Dinner at designated times so I was to ensure each patient was fed on time and with their desired/doctor recommended food and drink. I and 2-3 other nurses were assigned to a floor. So I worked with other CNAs as well as the main nurse who provided medication. I was not sure how the job would fit me. But I soon discovered that it was a perfect fit- I had found my desired career. Helping my patients was easy and I developed a passion for my job. Soon I was able to tend to the entire floor (15-20 patients) without assistance. Before I started the job I took a covid test that allegedly came back positive. So I was started very quickly, almost immediately after the interview. I began on the Covid Floor. This floor housed all patients who had covid. There were extra measures taken to stop the spreading of covid. I took another covid test that was there at the clinic, a self done test and it was negative. I was immediately moved off of the covid floor. →

On my way to the other floor. Employee, Kristy, whom trained me. Also the person who made the allegations. She said congratulations to me and also said "Thanks for demoting me." I laughed it off thinking nothing of it. Things were going smooth. That same employee was moved to the same floor not to long afterwards. I began to notice her and the other 2 employees gathering as they looked my way. It was a bit unnerving and it began to be unpleasant as the way I was being treated was not kind. When asking for assistance they would reluctantly help and it was like the things I was asking should already have knowledge of. It was my 1st time working in that field however I debated a time or two just quitting because it got so bad. Then pay day finally came and I found out that I had made a mistake on my paperwork so it was going to take time to fix. I had no plan B so it was difficult to get to work. I had exhausted my resources beginning work and had anticipated relief once I hit payday. This caused issues - me not attending work or being late. This is expected because I alone was taking care of the floor by myself. So having to find 1-2 people to cover me was frustrating I'm sure to say the least. I believe this issue and the dislike from other employees and/or seeing me as a threat. These were the underlined reasons for them to want to terminate me. The Sexual harassment allegations came to me the same day I finally got my check. - a week after payday. Alana our supervisor contacted me via phone call asked me questions about the incident. I advised of a brief conversation where I disclosed my sexuality to Kristy who told me her daughter was also pansexual.

This conversation was very brief. I also asked Kristy what her sexuality was. She advised she was heterosexual and showed her distaste of my sexuality. I made an additional comment saying how can you not like women they are so beautiful. Shrugging it off saying to each their own. Ending conversation and walking away to tend to a patient call. Alana stated that she was to research this a little more and get back to me. It was Thursday or Friday so it was the end of the week. I waited over the weekend. I was contacted early the next week and I was advised I would be let go although she had no evidence that my statement was enough. I of course disputed this with no success. I cried and for the next month I was majorly depressed. My depression and anxiety peeked. I am ashamed of this but I relapsed that month and learned to use IV needles to use my drugs. I escalated my addiction to that point for the first time in my life. I was not in a good mental state for quite some time. I was depressed as ever. I only recently seeked and reached out for help w/ my addiction. I will be going into treatment once there is a bed available. However, being terminated without evidence of wrong doing really took a lot out of me. It took a toll on me. So I am seeking compensation my wages as well as personal mental damage. My life was put through a downward spiral two depths I've never been in addition being homeless. This all was very hard on me. it has now been a year and a half and I am barely recovering.

I am pleading wrongful termination. I would like Spring Creek to compensate me for what they took from me and what they put me through. I am requesting minimum of 50,000$ or more. I did no wrongdoing and was wrongfully accused. I barley was able to get this whole Right to Sue in order. Being homeless and out of work & my spouse recently incarcerated made it very difficult. That is the reason for the time frame. In addition to not being able to find a lawyer to represent me. probably a lot to do w/ lack of money to pay for a good lawyer. I hope this is taken into consideration and my Right to Sue is accepted into Federal court. I feel it merits this and would like to see justice served. Thank you for your time reading this and time on this matter. Any and all help is greatly appreciated.

Thank you

Veronica R Brown

*signature* 7-1-2023