THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| VERONICA R. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>SPRING CREEK HEALTHCARE,<br><br>Defendant. | ORDER ADOPTING [30] REPORT AND RECOMMENDATION<br><br>Case No. 2:23-cv-00436<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by the magistrate judge on April 22, 2024 recommends that the court dismiss Ms. Brown's action for failure to state a claim upon which relief can be granted.[2] Having found that Ms. Brown failed to file her claims in a timely manner, the magistrate judge provided Ms. Brown with an additional opportunity for leave to amend her complaint.[3] Ms. Brown failed to do so by the January 3, 2024 deadline.[4] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[5] No party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the magistrate judge's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation. Accordingly, Plaintiff's action is DISMISSED WITH PREJUDICE.

---

[1] Report and Recommendation, ECF No. 9, filed April 22, 2024 [hereinafter R&R].
[2] R&R 4.
[3] R&R 6.
[4] R&R 6.
[5] *Id.* at 6–7.

Signed May 7, 2024.

BY THE COURT

_____
David Barlow
United States District Judge